Case 3:08-cv-03865-JSW   Document 3   Filed 08/04/2008   Page 1 of 2   JS-6



FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVIN SANTOS LEONEL,<br><br>        Petitioner,<br><br>v.<br><br>MICHAEL S. EVANS, Warden,<br><br>        Respondent. | NO. CV 08-4874 SGL (FMO)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

Petitioner, who is proceeding pro se, is presently confined at Salinas Valley State Prison,[1] which is located in Monterey County within the jurisdictional boundaries of the Northern District of California. See 28 U.S.C. § 84(a). On July 24, 2008, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254. The Petition challenges a conviction and sentence entered against him in the Santa Clara County Superior Court (see Petition at 2), which is also located within the jurisdictional boundaries of the Northern District of California. See 28 U.S.C. § 84(a).

---

[1] Michael S. Evans, Warden at Salinas Valley State Prison, is substituted as respondent. Fed. R. Civ. P. 25(d)(1); see also Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts ("If the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody.").

A Petition for Writ of Habeas Corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d). In addition, when a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. See Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982, as amended Feb. 28, 1983), cert. denied, 464 U.S. 843, 104 S.Ct. 142 (1983) (district court properly transferred habeas petition to district of conviction because, among other things, district of conviction "was the more convenient forum because of the accessibility of evidence"); see also Patterson v. Mendoza-Powers, 2007 WL 1411550, at *1 (N.D. Cal. 2007) (A "petition challenging a conviction or sentence imposed is preferably heard in the district of conviction.").

Here, petitioner was convicted and is currently incarcerated in the Northern District of California. Thus, the Northern District is the only venue where this matter may be heard. See 28 U.S.C. § 2241(d); Solorio v. Evans, 2007 WL 121322, at *1 (N.D. Cal 2007) ("venue is . . . proper in either the district of confinement or the district of conviction"). Accordingly, in the interests of justice, the Court shall transfer the above-captioned action to the Northern District of California. See 28 U.S.C. § 1406(a); see also Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974) (en banc).

Based on the foregoing, IT IS ORDERED THAT:

1. This action shall be transferred to the United States District Court for the Northern District of California. See 28 U.S.C. §§ 1406(a) & 2241(d).

2. The Clerk shall serve a copy of this Order upon petitioner and the California Attorney General.

DATED: 8-4, 2008.

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_____ District of _____
_____
_____

**Re:** Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: _____
_____

Very truly yours,

Clerk, U.S. District Court

Date: _____    By _____
Deputy Clerk

*cc:* All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
Deputy Clerk