194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08−cv−04874−SGL−FMO

Orvin Santos Leonel v. Michael S. Evans, Warden,

Assigned to: Judge Stephen G. Larson

Referred to: Magistrate Judge Fernando M. Olguin

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/24/2008

Date Terminated: 08/04/2008

Jury Demand: None

Nature of Suit: 530 Habeas Corpus (General)

Jurisdiction: Federal Question

**Petitioner**

**Orvin Santos Leonel**                                  represented by      **Orvin Santos Leonel**
CDC F−34324
Salinas Valley State Prison
P O Box 1050
Soledad, CA 93960
PRO SE

V.

**Respondent**

**People of State of California**
*TERMINATED: 08/04/2008*

**Respondent**

**Michael S. Evans**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Stephen G. Larson and referred to Magistrate Judge Fernando M. Olguin. (Filing fee $ 5 DUE.), filed by Petitioner Orvin Santos Leonel. (et) (Entered: 07/28/2008) |
| 07/24/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Stephen G. Larson and referred to Magistrate Judge Fernando M. Olguin to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 07/28/2008) |
| 08/04/2008 | 3 | ORDER by Judge Stephen G. Larson transferring case to United States District Court for the Northern District of California. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal Letter) (mr) (Entered: 08/08/2008) |