FILED
SEP -2 PM 2:26
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Orvin Santos Leonel
       Plaintiff,

vs.

People Of The State Of California)
       Defendant.

CASE NO. C08-3865 JSW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Santos Leonel, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____—o—_____ Net: _____—o—_____

Employer: _____—o—_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received.  (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 __JANITOR._____
5 _____
6 _____
7 2.   Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9       a.   Business, Profession or            Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,         Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                     Yes ___ No _X_
14      d.   Pensions, annuities, or            Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                        Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/20/08                              [signature]
DATE                                 SIGNATURE OF APPLICANT

Case Number: C08-3865 JSW.

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____    _____
                                                                            [Authorized officer of the institution]

1

2                                                      Case Number: _____

3

4

5

6

7

8

9                              CERTIFICATE OF FUNDS

10                                         IN

11                              PRISONER'S ACCOUNT

12

13         I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of __Leonel  F34324__ for the last six months

15   at
     SALINAS VALLEY STATE PRISON
16   ACCOUNTING DEPARTMENT                    [prisoner name]
     P.O. BOX 1020
17   SOLEDAD, CA 93960-1020    _____ where (s)he is confined.

18         [name of institution]

19         I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ ____0____ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ ____0____.

22

23   Dated: 8/27/08                           _____ OT(T)  SVSP

24                                            [Authorized officer of the institution]

25

26

27

28

- 5 -

```
REPORT ID: TS3030 .701                                                              REPORT DATE: 08/27/08
                                                                                    PAGE NO:         1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SALINAS VALLEY STATE PRISON
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 27, 2008

ACCOUNT NUMBER   : F34324                         BED/CELL NUMBER: FCB6T200000210U
ACCOUNT NAME     : LEONEL, ORBIN SANTOS           ACCOUNT TYPE:  I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

                     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY
      BEGINNING       TOTAL           TOTAL        CURRENT        HOLDS       TRANSACTIONS
      BALANCE         DEPOSITS        WITHDRAWALS  BALANCE        BALANCE     TO BE POSTED
      ---------       --------        -----------  -------        -------     ------------
        0.00            0.00            0.00        0.00           0.00           0.00

                                                                              CURRENT
                                                                              AVAILABLE
                                                                              BALANCE
                                                                              ---------
                                                                                 0.00
```

[Stamp: COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: 8/27/08 CALIFORNIA DEPARTMENT OF CORRECTIONS BY [signature] TRUST OFFICE]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)



Santos Leonel. F-37327
Salinas Valley State Prison
P.O. Box 1050. C-6 #210
Soledad. C.A 93960

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES